In the Matter of the HENRY PHIPPS ESTATES, Respondent, against PAUL MOSS, as Commissioner of Licenses of the City of New York, Appellant.

Argued January 4, 1937; decided January 19, 1937.

*Paul Windels, Corporation Counsel* (*William S. Gaud, Jr., Paxton Blair* and *Charles C. Weinstein* of counsel), for appellant.

*Joseph M. Proskauer* and *Theodore J. Miller* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: LEHMAN and FINCH, JJ.